# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NADEGE NATASHA JEAN GILLES,**
Appellant,

v.

**KIEZT MASSILLON,**
Appellee.

No. 4D2023-2575

[July 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case No. DVCE23-002847.

Lindsay Chase of The Law Office of Lindsay Chase, Hollywood, for appellant.

Daniel R. Silver of Prada Law, Doral, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***